■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMOND GAINEY, Appellant. [628 NYS2d 514] —Appeal by the defendant from a judgment of the County Court, Westchester County (Scarpino, J.), rendered June 5, 1992, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (see, People v Gaimari, 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (see, People v Garafolo, 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (see, CPL 470.15 [5]).

We have reviewed the defendant's remaining contentions and find them to be without merit. Mangano, P. J., Joy, Hart and Florio, JJ., concur.